# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2826
_____

Joseph Anthony Favors

*Plaintiff - Appellant*

v.

Samantha Ensz, et al., in their Individual and Official capacities

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: January 3, 2022
Filed: January 7, 2022
[Unpublished]
_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Joseph Favors, who is civilly committed to the Minnesota Sex Offender Program (MSOP), brought this § 1983 action asserting retaliation and deliberate indifference claims against various MSOP officials acting in their official and individual capacities, the eighth lawsuit Favors filed in the District of Minnesota

against MSOP officials in 2020 and 2021.  Favors appeals the district court's[1] order granting defendants' motion to dismiss, to which Favors did not respond, because defendants are entitled to Eleventh Amendment immunity and qualified immunity from the official capacity and individual capacity claims; denying his motion for leave to amend his complaint, which he filed without a proposed amended pleading; denying his motion for a harassment restraining order against non-parties; and declining to exercise supplemental jurisdiction over his state law claims.

After careful review, we affirm for the reasons stated in the district court's Memorandum Opinion and Order dated August 2, 2021.  <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.